**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br>　　　　**Plaintiff,**<br>　v.<br>**BARBARA J. CUMMINGS and**<br>**CHESAPEAKE CORPORATION,**<br>　　　　**Defendants.** | **Case No. 2:12-CR-128**<br>**Judge Peter C. Economus**<br>**ORDER** |

There being no objections, the Court hereby **ADOPTS** the Magistrate Judge's Report and Recommendation (doc. # 25) that their plea agreements and Defendants Barbara J. Cummings and Chesapeake Corporation's guilty pleas be accepted. The Court accepts Defendants' pleas of guilty to Count One of the Information, on which Defendants are hereby adjudged guilty.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　**/s/ Peter C. Economus** _____
　　　　　　　　　　　　　　　　　　　**PETER C. ECONOMUS**
　　　　　　　　　　　　　　　　　　　**UNITED STATES DISTRICT JUDGE**